

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re:  Judge Carlos Cortez

No. 06-13-00119-CV

Original Mandamus Proceeding

Opinion delivered Per Curiam.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought.  Therefore, we deny the petition.

RENDERED NOVEMBER 15, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk